# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

COREY PAGE

VERSUS

SERGEANT JERAMINE JONES,
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PENITENTIARY

CONSOLIDATED WITH

JAMEL EDGAR

VERSUS

SERGEANT JERAMINE JONES AND
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PENITENTIARY

NO.  2021 CW 1494

**JANUARY 31, 2022**

---

In Re:    Jamel Edgar, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          23257 c/w 23496.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

                                    JMM
                                    WIL
                                    EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT